*Formatted for Electronic Distribution*                                                     *For Publication*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

**In re:**

    **Christopher B. Warner and**                                             Chapter 13 Case
    **Ruth E. Warner,**                                                               # 10-11089
        Debtors.

_____

**Christopher B. Warner and**
**Ruth E. Warner,**
        Plaintiffs,
    v.                                                                                       **Adversary Proceeding**
                                                                         **# 10-1043**

**CitiFinancial, Inc.,**
        Defendant.

_____

*Appearances*:   Michelle M. Kainen, Esq.                     Andrew S. Cannella, Esq.
                   White River Junction, VT                    Farmington, CT
                   *Attorney for Plaintiffs*                           *Attorney for Defendant*

## ORDER
### GRANTING DEFENDANT CITIFINANCIAL, INC.'S
### MOTION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO FED. R. BANKR. P. 7012(b)(6)

      For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the Defendant's motion to dismiss this adversary proceeding is GRANTED.

      SO ORDERED.

                                                                                                                                                                       _____

March 3, 2011                                                                          Colleen A. Brown
Burlington, Vermont                                                            United States Bankruptcy Judge

                                                 Filed & Entered
                                                    On Docket
                                                March 4, 2011